**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SUSAN RIOS,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>*Defendants*. | No. 26 CV 12073<br><br>Judge April M. Perry<br><br>Magistrate Judge Karyn L. Bass Ehler |

**SCHEDULE A TEMPLATE**

## SCHEDULE OF DEFENDANTS

| No. | Name | Link | Country | Owner? | Contact? | Evidence | Last Date Collected |
|---|---|---|---|---|---|---|---|
| 1 | Guizhen DIY Art Painting | https://www.walmart.com/global/seller/102571709 | China | Business | Address Phone Number |  https://www.walmart.com/ip/seort/14799817142?&selectedSellerId=102571709 | September 3, 2025 |

## IDENTIFIABLE DEFENDANTS AND DEFENDANTS WITH CONTACT INFORMATION

| No. | Name | Owner Name | Address | Email | Telephone |
|---|---|---|---|---|---|
| 1 | Guizhen DIY Art Painting | Xiangchengshiguizhenshangmaoyouxiangongsi | xiangchengshilizhaizhentaifudiancun6haoyuan, zhoukou, HA 466200 | None | (+86)15538609339 |

Listing of all prior Schedule A cases filed in any court in the United States in which Plaintiff was a plaintiff:

- *Susan Rios v. The Partnerships and Unincorporated Associations Identified on Schedule A*, No. 26-cv-06611 (N. D. Ill. June 4, 2026)
- *Susan Rios v. The Partnerships and Unincorporated Associations Identified on Schedule A*, No. 26-cv-11496 (N. D. Ill. Sept. 21, 2026)

Listing of any defendants included in the Schedule A in this case that Plaintiff has previously named as a defendant in any prior complaint or Schedule A case:

Defendant in this case was previously included in *Susan Rios v. The Partnerships and Unincorporated Associations Identified on Schedule A*, No. 26-cv-11496 (N. D. Ill. Sept. 21, 2026), before this Court. Plaintiff had originally filed No. 26-cv-11496 against 61 internet stores. Plaintiff amended the Schedule A in that case and the defendant internet store, which was removed from the previous case, has been named as a Defendant here.

**CERTIFICATION**

Pursuant to Federal Rule of Civil Procedure 11, Plaintiff, by and through the undersigned attorney, hereby certifies the facts set forth in the responses contained in the foregoing document are true and correct to the best of the knowledge, information, and belief, as is available to me.

DATED: October 19, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*

Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***