**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Susan Rios

Plaintiff,

v.

Case No.: 1:26−cv−12073

Honorable April M. Perry

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 20, 2026:

MINUTE entry before the Honorable April M. Perry: The Court is in receipt of Plaintiff's Schedule A Template [15]. Given that Defendant appears to be a Chinese corporation, Plaintiff is directed to file by 11/10/26 a status report addressing how it plans to effectuate service upon Defendant in light of Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co., No. 25−2205, 2026 WL 1502198 (7th Cir. May 29, 2026). To the extent Plaintiff intends to file a request for service via electronic means, Plaintiff must ensure the request for electronic service complies with Kangol. Plaintiff must support any such motion with sworn affidavits and legal authority so the Court may determine whether Plaintiff has made reasonably diligent efforts to ascertain and verify Defendant's address. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.